UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       :
                                    :
VERSUS                       :     COURT NO. 3:10CV255-FJP-CN
                                      :
TROY BROOKS A/K/A TROY BROOKS, SR :

**CONSENT JUDGMENT**

The parties hereto having expressly indicated their consent to the terms and condition of this Judgment, and the defendant confessing judgment and waiving any legal delays required,

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, the United States of America, do have and recover judgment against defendant, Troy Brooks a/k/a Troy Brooks, Sr., for the principal amount of $33,401.36, plus accrued interest of $18,050.22 as of August 7, 2009, with interest accruing thereafter at the rate of $7.21 per day until the date of judgment, and interest thereafter at the legal rate until paid in full.

II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that execution of this Judgment is to be stayed, except that the United States reserves the right to submit the debt represented by this Consent Judgment for inclusion in the Treasury Offset Program, on the condition that by the 20th day of each month, beginning July 20, 2010, and continuing each successive month thereafter, the defendant will satisfy the Judgment by making minimum monthly installments of $100.00 to the United States Department of Justice at the address provided by the Financial Litigation Unit until the above indebtedness is paid in full.

III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that periodic financial investigations will be performed to evaluate the economic circumstances of defendant. For purposes of the evaluation, defendant shall provide a signed and completed Financial Statement, and current Federal Income Tax Return, including all attachments, as requested by the Financial Litigation Unit of the United States Attorney's Office.

IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney's Office at the address set forth within ten (10) days of such change.

V.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event defendant fails to remit any agreed installment timely or fails to comply with any other obligation set forth above, plaintiff may, without notice or demand, take any action it deems necessary to execute on this Judgment.  Defendant bears full responsibility for providing and the burden of proving timely payment and full and timely compliance with her other obligations hereunder.

Baton Rouge, Louisiana, June 29, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA